NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE RAMBUS INC.**

---

2014-1064

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,109 and 95/001,155.

---

**ON MOTION**

---

**O R D E R**

Rambus Inc. moves without opposition to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

2                                              IN RE RAMBUS INC.


                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court


ISSUED AS A MANDATE : April 9, 2014



s30